UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

FILED

JAN 09 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

BRIAN LEONARD

V

SAGE HOSPITALITY
THE WESTIN CLEVELAND
DOWNTOWN HOTEl
AND
CHICAGO & MIDWEST REGIONAL
JOINT BOARD

1:23 CV 0033

JUDGE GAUGHAN

MAG. JUDGE PARKER

) Complaint of violation
) of Title VII of Discrimination
of race, Retaliation, wrongful Termination
thed Age Discrimination

I was employed by the Westin Cleveland Downtown Hotel on April 12, 2014 as a over night steward to mainly clean of ovens, Grease filter's, oven grill's Floor's, dish's as needed a long with other duties from, 10 PM -6:AM. I was furlaughed from the pandemic on March 17 2020 to August 28, 2021 when I was called to my regular duties. I was so pleased to be back work and thing's was ok at first but as time went on because the kitchen of Urban farmer was not operating the same like when we all went on shut down during the pandemic. Only about 8 employee's was called back. The Westin was operating the same matter because the Hotel was going into being Sold to a New owner. We was not really told what will happen once the Hotel was Sold and new owner take over.

Nothing in writing from the Union as well. So anyway on September 20, 2021 around 6:00 Am Chef Darryl Thomas yelled out at me out of nowhere to bring him some dinner plates over to him, he was serving breakfast by himself because a cook had called off and he was upset with that and wanted to take it out on me. I was in the dish area and didn't see the type of plates he wanted, So I noticed they was in the dining area on the counter and told him they are out there already, the servers would give the cooks the plates needed for serving. Chef Darryl Just started yelling about he didn't want to here nothing I had to say and he was busy. He told me to bring plates over to him and I was only letting him know the plates are in the cooks station. He was so hostile I took my complaint to Executive Chef Jacob Alturin, when he come back on September 23, 2021; Just to let the head Chef know I was hollard at by Darryl for no reason. Chef Jacob told me he would let him know to be hostile towards me, So I thought he would not be a issue with him like that anymore. But on September 29, 2021 around 6:30 Am I was only asking a cook Andrea Mask did she need me to clean her grill in the cerban farmer kitchen, we was up on the banquet kitchen. Chef Darryl started again yelling at me

(2)

To leave Andrea alone. I was only asking her if her Carill cleaned downstairs. Here the hostility again from Darryl. So when chef Jacob came in around 7am I was going to HR to file a complaint with HR Director Megan Huwer. The hostility got even worst by Darryl with in a hostile manner to clean a garbage can. I only had a few minutes left on my shift and was getting finish with the dishs, floors and other duties in the down stairs kitchen that is what I told him so go over to chef Jacob and saying I refused to clean the garbage cans. Chef came over to me in a hostile and told me I would be written up if I didn't clean the cans, with little time I had left I went down to wash area on the docks and got 2 clean garbage cans up to the banquet kitchen, went back to the cuban farmer kitchen and finished up some dishs before leaving. I got up to HR at around 8:30 am. I was trying to explain my complaint when Megan showed me some photos chef Jacob had sent to her where some dishs was left in the kitchen on my on my off day on Saturady morning September 25 2021 my off day's where Thursday's & friday's then return Saturday nights. She just slammed her phone down and said "Whatever they said it must be true.

(3)

So I see that my complaint would go nowhere. So I just let her know I would file a Grievence with the union. Union Rep Machelle Smith. As I was leaving the The General Manager Tim Myer was coming down the hallway and began asking me what was going on? I had told Mr Myer a little of my complaint about the harrassment that the Chef's was doing, and after I talk to Megan I would request a meeting with him. So after letting him know that Megan did not want to take my complaint I wanted a meeting with him also with my union Rep Machelle Smith. Megan started lying by saying, I would not listen and just walked out of here office. Mr Myer told me o:k and let him know when the grievence meeting will be Scheduled. But Mr Myer was condesending and really not concerned with what my grievence where. So I texed Machelle that same day. She responded back that a meeting for my grievence would be on October 5, 2021. In that meeting was Machelle Smith, ~~me~~ Megan Hunur, chef Jacob and myself. at 10:00 am. Machelle Smith started the meeting by saying that they have been over this with ~~me~~ in the pass about my Job related dieties. I finally get my chance to say after ~~like~~ Like 20 minute's by saying I was not filing a grievence of pass related dieties my complaint is about being harassed, retaliated for the way chef Darryl continued to yell at me and megan not wanting to investigate my complaint fairly. Machelle was clearly taken their side, when She knew I was being treated wrongly and violating my right's

(4)

that was part of my grievance statements that I laughed the head out loud and thought it was a laughing matter. because of my race as Blacks and Just a dishwasher I'du not equal to them because of their status. She never address my complaint about chef Darrell. I was spelling his name incorrectly (Darryl) Please understand. Machelle only brought up my complaints for example on November 11, 2019 where it was a complaint where the former Chef told me not to clean the Filter Hoods because he hired another company to clean them. So after a month no company was hired to clean the hoods and duct's grease had builded up and Chef Vesku then said it was my Job to clean them. So to stop the confusion I had a meeting with Shante Dickerson former HR Director at the time to make sure of my Job duties. But then I was not giving a copy of the agreement by Machelle she said she couldn't. HR never gave me any copies of my grievances as well. Machelle only showed 1 piece of paper of my duties at the meeting. Also at this meeting Chef Jacob said he was up in banquet kichen on September 20, 2021 that was a total lie because he would be off on Monday's Tuesday's. Chef Darrell was cooking by himself and why he didn't come down to help him when there was a large group of customers in the dining area? I did cleaning up in banquet kitchen also before and after my shift and had Chef Jacob was there I would have told him then that Darrell was being hostile towards that morning of September 20, 2021.

(5)

Machelle never investigate his time off. They only wanted me to do other worker's Job's on first and second shift who was younger and had no experience in washing dish's, cleaning and even trash when I told them that It was hard for me to do other worker's Job they didn't care and told me I had to do whatever they couldn't do. This is where age discrimination is also a violation against me. Just using me to do their work because they was incompitent of doing what Job title was. So this is how the meeting went. So before the end of the meeting Machelle came up with the Check list for me. Basically for me to do first and second shift worker's Job. But then I am suppose to do deep cleaning work also. The check list was a way to retaliate against me by Just making anything that was clean, embarrassing me in front of employee's and no time to even correct anything not Done before my shift ends. On October 13, 2021 Meegan came into the Cerban Former Kitchen about 6:00 AM. I was working in the dish area, she said good morning and went into the dining area and about 15 minutes later she came back in the kitchen and went into the Chef's office and was on the computer. I thought she was there to do office work and paid her no attention and just doing work. I went up to Chef Jacob's office in banquet to let him know I was getting ready to leave.

(6)

He wanted again to check over my work and we go to Urban Farmer Kitchen and he ask megan was she ready to help him check me out with the check list. This was odd because why would she be involded with something that is a chef's Job. Megan go straight into the dining room patio door's and point out trash and leaves inside the dining room floor. I normally clean that area from 12:00 pm to 2:00 am. Working by myself I have to go back off and on. So I knew why she came down there to set me up. She was complaining about sugar packegs on the floor in the Server's Station. Servers was working serving customers and dropping trash so that was not my fault Also. So they take me to the basement kitchen office and telling me that I keep failing the check list so anymore I would be let go. I responded by saying I'am tired of the harrassment, retaliation and being ridiculed. I told them that Megan opened those patio door's so trash could blow in the dining area and lets go view the security camera in the security's office. They wasn't about to do that knowing it would prove they was lying and Megan opening up those patio

I had enough with this and told them I would

(7)

No longer go along with the check list since it is just a way to fail me and will be fired. I asked them then if you want to fire me, write me up and I left to go home. So on October 16 2021 on a Saturday night it was a very busy day and night. Urban Farmer was busy and a wedding in banquet kitchen. Pots and pans along with dishes piled up. Chef Darrell was happy to see me he told me because another dish washer left after working a few hours and another dish washer worked like 15 hours after they called him back in. The 2 workers who was younger left for the night soon as they seen me. I had to clean both by myself. Then when Chef Jacds came in he wanted to check list me again. I told him there surely no point in that because I barely got finish from the night before. 2 other dishwashers took over and I told him that I was tired going home. When I returned that Sunday evening Imogan called me at 10:30 PM and suspended me for not wanting to do the check list. Machelle allowed this when it is a violation of the bargaining agreement of the contract. I brought this up in the October 19, 2021 meeting. Machelle did not review the security camera's got a statement from Andrea Mask had not demand a letter of verbel warning or suspension notice in writing.

(8)

I letted the -------------- for being retaliated under Title VII I would have no choice to file a complaint with the EEOC. I was still under suspension until further notice. On October 29, 2021 Megan called me and told me I was terminated. She also told me she again did not like my voice mail I left for here taking away my Job that I was called back to do. I did not disrespect here or threating her, Just voiced my complaint that she breaking the contract. So when we had the ------- Last meeting on November 3 2021. I didn't want come back because it was clear I was not going to be treated right, No pay for being wrongfully suspended. Nor was I offered to come back, Just wanted to back to the untrue statements against

## Conclusion:

Mark Smith came to another meeting on october 19th Later and basically did the same in not discussing my complaints for harassment, retaliation and wrongful he told me to find another Job. The Union violated my civil Rights for not representing because of my because of age, race and Status as a steward/Dishwasher aswell as machelle Smith. I could not get in contact with Union Head's in Chicago because there was no direct person to Call me back. Machelle told me Sameone would but No ever have contacted me.

(9)

For this violation of Title VII I'am Suewing for the amount of $160,000.00 and $50,000.00 for the pain and stress I am going through still to this day because I should have been represented fairly. This union was only about taking my money for union dees but only representing the management ab the Westin Hotel and Sage Hospitality under Sec D 2000 e (Section 70/

The Westin Hotel and Sage Hospitality under Title VII a hostile work environment exist when the work place is permeted with discriminationtory intimidation, ridicule and insults that is sufficiently severe or pervasive the condition's of the victim's employment and create a abusive working environment.

Along with discriminating against me because of age to work alone and younger workers did not have to do their work I'am seeking Judgment of $150,000.00 for this violation aswell with emotional distressed. Also wrongful Termination and Suspension.

Humbely Submitted
Mr Brian Lund
Prose